ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

S6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-14-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>    Petitioner,<br><br>vs.<br><br>AUDREY KING (Director of Coalinga State Hospital),<br><br>    Respondent. | Case No. SACV 13-1465-VAP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: February 12 2014

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE
